1 | ARNOLD J. WOLF, #119135
2 | MICHAEL N. MORLAN, #126190
**FREEMAN FIRM**
A PROFESSIONAL LAW CORPORATION
3 | 1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
4 | Telephone: 209-474-1818
Facsimile:  209-474-1245
5 |
6 | Attorneys for KIMBERLY ANNE SORANNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

DARREN GILBERT,                                 CASE NO. 1:21-cv-01640-NONE

                    Plaintiff,

vs.                                             **STIPULATION TO EXTEND TIME TO DEFENDANTS RESPOND TO COMPLAINT**

DOLLAR TREE STORES, INC. dba
DOLLAR TREE #2459; KIMBERLY ANNE
SORANNO;

                    Defendants.

The Parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS:

1.      Defendant Dollar Tree Stores, Inc. response to Plaintiff's complaint is currently due December 8, 2021.

2.      Counsel for Defendant Kimberly Soranno, who has not yet been served, has agreed to accept service for her.

3.      Defendant Kimberly Soranno has agreed to assume Defendant Dollar Tree Stores, Inc.'s defense.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT DEFENDANTS SHALL HAVE UNTIL DECEMBER 29, 2021, TO FILE A

1

RESPONSE TO THE COMPLAINT. THIS EXTENSION OF TIME IS DEFENDANTS'
FIRST EXTENSION AND DOES NOT ALTER THE DATE OF ANY EVENT OR
ANY DEADLINE ALREADY FIXED BY COURT ORDER.

Dated:  December 7, 2021                    FREEMAN FIRM
                                           A Professional Law Corporation

                                           /s/ Arnold J. Wolf
                                           ARNOLD J. WOLF
                                           Attorneys for Defendant Kimberly Anne Soranno


Dated:  December 7, 2021                    MOORE LAW FIRM, P.C.


                                           /s/ Tanya E. Moore
                                           TANYA E. MOORE
                                           Attorneys for Plaintiff Darren Gilbert

STIPULATION AND ORDER TO EXTEND TIME

## <u>ORDER</u>

The Court notes that the parties' stipulation (ECF Nos. 5, 6) is signed by counsel for Plaintiff and counsel for Defendant Kimberly Anne Soranno. Defendant Dollar Tree Stores, Inc. has not yet appeared in the case and is not a signatory to the stipulation. Thus, the deadline for Defendant Kimberly Anne Soranno only to respond to the complaint is extended to December 29, 2021 pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:   **December 8, 2021**          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND TIME