ARNOLD J. WOLF, #119135
MICHAEL N. MORLAN, #126190
**FREEMAN FIRM**
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: 209-474-1818
Facsimile:  209-474-1245

Attorneys for DEFENDANT KIMBERLY ANNE SORANNO &
DEFENDANT DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| DARREN GILBERT,<br><br>          Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC. dba DOLLAR TREE #2459; KIMBERLY ANNE SORANNO;<br><br>          Defendants. | CASE NO. 1:21-cv-01640-NONE-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DOLLAR TREE STORES, INC. TO RESPOND TO COMPLAINT** |

The Parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS:

1. Defendant Dollar Tree Stores, Inc.'s response to Plaintiff's complaint is currently due December 8, 2021.

2. Counsel for Defendant Kimberly Soranno, who has not yet been served, has agreed to accept service for her.

3. Defendant Kimberly Soranno has agreed to assume Defendant Dollar Tree Stores, Inc.'s defense.

1  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT
2  DEFENDANT DOLLAR TREE STORES, INC. SHALL HAVE UNTIL DECEMBER
3  29, 2021, TO FILE A RESPONSE TO THE COMPLAINT. THIS EXTENSION OF
4  TIME IS DEFENDANT'S FIRST EXTENSION AND DOES NOT ALTER THE DATE
5  OF ANY EVENT OR ANY DEADLINE ALREADY FIXED BY COURT ORDER.

7  Dated:  December 8, 2021        FREEMAN FIRM
                                   A Professional Law Corporation

                                   /s/ Arnold J. Wolf_____
                                   ARNOLD J. WOLF
                                   Attorneys for Defendant Kimberly Anne Soranno &
                                   Defendant Dollar Tree Stores, Inc.

13 Dated:  December 8, 2021        MOORE LAW FIRM, P.C.

                                   /s/ Tanya E. Moore_____
                                   TANYA E. MOORE
                                   Attorneys for Plaintiff Darren Gilbert

## **ORDER**

Pursuant to the parties' stipulation (ECF No. 8), IT IS HEREBY ORDERED that the deadline for Defendant Dollar Tree Stores, Inc. to respond to the complaint is extended to December 29, 2021.

IT IS SO ORDERED.

Dated:   **December 10, 2021**                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE