UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>  Defendants. | Case No. 1:21-cv-01640-JLT-EPG<br><br>ORDER REGARDING JOINT STATUS REPORT<br><br>(ECF No. 15) |

    On April 26, 2022, the Court held an Initial Scheduling Conference and the parties explained that they would likely agree on the scope of injunctive relief but may have a dispute regarding fees. (ECF No. 14.) Accordingly, the Court ordered the parties to submit a status report by July 8, 2022 regarding their settlement efforts and whether a motion for fees would be filed. (*Id.*)

    On July 15, 2022, the parties filed a joint status report stating that they had reached a settlement and were finalizing the settlement agreement. (ECF No. 15.) Plaintiff intends to file a motion for attorneys' fees by no later than September 2, 2022. (*Id.*) Defendants do not dispute that Plaintiff is the prevailing party but will dispute the amount of fees to which Plaintiff is entitled. (*Id.*)

    Having considered the parties' statements, the Court will construe the joint status report as a notice of settlement pursuant to Local Rule 160 and will set a deadline for Plaintiff to file a

1

motion for attorneys' fees.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a motion for attorneys' fees, if any, by September 2, 2022;
2. The parties shall file appropriate dismissal documents within twenty-one (21) days of entry of an order on Plaintiff's motion for attorneys' fees. If no such motion is filed, the parties shall file appropriate dismissal documents by September 2, 2022; and
3. Except for the foregoing, all remaining deadlines and hearings in this matter are VACATED.

IT IS SO ORDERED.

Dated: **July 18, 2022**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2