Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, <br><br> Plaintiff, <br><br> vs. <br><br> DOLLAR TREE STORES, INC. dba DOLLAR TREE #2459, *et al.*, <br><br> Defendants. | No. 1:21-cv-01640-JLT-EPG <br><br> ORDER RE: STIPULATION EXTENDING TIME TO FILE MOTION FOR ATTORNEYS' FEES <br><br> (ECF No. 17). |

WHEREAS, Plaintiff, Darren Gilbert ("Plaintiff"), and Defendants, Dollar Tree Stores, Inc. and Kimberly Anne Soranno (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, filed a Joint Status Report on July 8, 2022 (Dkt. 15), advising that they had reached a settlement in principle and that Plaintiff would be filing a motion for attorney's fees by September 2, 2022;

WHEREAS, the Court has ordered that Plaintiff must file his motion for attorney's fees, or the Parties must instead file dismissal documents, by September 2, 2022 (Dkt. 16);

WHEREAS, the Parties have not yet finalized the settlement, and are continuing to meet and confer in an attempt to resolve Plaintiff's claims for attorney's fees and costs without the need for a motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys of record, that the time for Plaintiff to file a motion for attorney's fees be extended to October 3, 2022.

IT IS SO STIPULATED.


Dated:  August 30, 2022                MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Darren Gilbert

Dated: August 31, 2022                 FREEMAN FIRM,
                                       A Professional Law Corporation


                                       */s/ Arnold J. Wolf*
                                       Arnold J. Wolf
                                       Michael N. Morlan
                                       Attorneys for Defendant,
                                       Dollar Tree Stores, Inc.
                                       and Kimberly Anne Soranno

# **ORDER**

Based on the above stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall file any motion for attorneys' fees no later than October 3, 2022. Pursuant to the Court's previous order (ECF No. 16), the parties shall file appropriate dispositional documents within twenty-one (21) days of entry of an order on Plaintiff's motion for attorneys' fees. If no such motion is file, the parties shall file appropriate dispositional documents no later than October 3, 2022. (ECF No. 16).

IT IS SO ORDERED.

Dated: **September 5, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE