UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR TREE STORES, INC. *dba* DOLLAR TREE #2459, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-01640-JLT-EPG<br><br>ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>(ECF No. 19). |

　　On October 3, 2022, Plaintiff filed a request for this Court to refer this matter to the Voluntary Dispute Resolution Program ("VDRP"). (ECF No. 19). Because Local Rule 271(b)(4) provides that "[t]he Court may enter an order of reference only if all parties voluntarily agree to the proposed reference," the Court issued an order directing Defendants to file a statement indicating whether they agreed to a referral to the VDRP. (ECF No. 20). The Court also set a scheduling conference for November 14, 2022, but stated that if Defendants filed a statement agreeing to the referral, the scheduling conference would be vacated. (ECF Nos. 20 & 21).

　　On October 31, 2022, Defendants filed a statement of consent for the Court to refer this matter to the VDRP. (ECF No. 22). Additionally, Defendants request the Court to "direct Plaintiff to serve Defendants with a list of attorney and paralegal work done in a non-block billing format." (Id. at 1).

1

Pursuant to the parties' agreement to participate in the Court's Voluntary Dispute Resolution Program, the Court will refer this action to the VDRP.

The Court will not, at this time, take action regarding Defendants' request for an order directing Plaintiff to provide Defendants with certain documents. Defendants may raise this issue during the VDRP process.

Further, the Court will stay this case until either the conclusion of the VDRP or upon further order from the Court.

Pursuant to the parties' agreement to participate in the Court's Voluntary Dispute Resolution Program ("VDRP") (ECF Nos. 19 and 22), IT IS HEREBY ORDERED that:

1. This action is referred to the VDRP;
2. Within fourteen (14) days of this order, the parties shall contact the Court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral evaluator;
3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP;
4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o);
5. Based on the parties' consent to VDRP, the initial scheduling conference that is currently set for November 14, 2022, is vacated;
6. Further, this action is stayed until either the conclusion of the VDRP or upon further order from the Court.

IT IS SO ORDERED.

Dated: __November 7, 2022__          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE