ARNOLD J. WOLF, #119135
FREEMAN FIRM
A PROFESSIONAL LAW CORPORATION
1818 Grand Canal Boulevard, Suite 4
Stockton, California 95207
Telephone: 209-474-1818
Facsimile:  209-474-1245

Attorneys for Defendants
Dollar Tree Stores, Inc. (sued herein as
Dollar Tree Stores, Inc.
dba Dollar Tree #2459); and
Kimberly Anne Soranno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC. dba DOLLAR TREE #2459; KIMBERLY ANNE SORANNO;<br><br>  Defendants. | CASE NO. 1:21-cv-01640-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>(ECF No. 27). |

      WHEREAS, Plaintiff Darren Gilbert ("Plaintiff"), on the one hand, and Defendants Kimberly Anne Soranno and Dollar Tree Stores, Inc. (sued in this action as Dollar Tree Stores, Inc., dba Dollar Tree #2459) (collectively, "Defendants"), on the other hand, have reached a settlement of Plaintiff's claims for injunctive and monetary relief and costs (other than attorney's fees and expert witness fees, which the parties hereto have agreed may be determined by the Court, per motion, as set forth below), Plaintiff and Defendants hereby stipulate that:

      1.      The present action shall be dismissed with prejudice.

1

2. The Court shall retain jurisdiction to adjudicate Plaintiff's motion for attorney's fees and reimbursement of expert witness fees in this action, which motion shall be filed within sixty (60) days from the date the Order of Dismissal With Prejudice of this action that is the subject of this stipulation is entered by the Court.

IT IS SO STIPULATED.

Dated: March 15, 2023                FREEMAN FIRM
                                     A Professional Law Corporation

                                     By: /s/ Arnold J. Wolf_____
                                         ARNOLD J. WOLF
                                     Attorneys for Defendants, Kimberly Anne
                                     Soranno; and Dollar Tree Stores, Inc. (sued herein
                                     as Dollar Tree Stores, Inc. dba Dollar Tree # 2459)


Dated: March 15, 2023                MOORE LAW FIRM, P.C.

                                     By: /s/ Tanya E. Moore_____
                                         TANYA E. MOORE
                                     Attorney for Plaintiff,
                                     Darren Gilbert

**ORDER**

Based on the parties' stipulation (ECF No. 27), IT IS ORDERED that:

1. The present action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii);
2. The Court hereby retains jurisdiction to adjudicate Plaintiff's motion for attorney's fees and reimbursement of expert witness fees in this action. Plaintiff's motion shall be filed within sixty (60) days from the date this order and shall comply with Local Rule 293.

IT IS SO ORDERED.

Dated:   **March 16, 2023**             /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE